LAW OFFICES OF BILL LATOUR
ALEX PANUTICH [CSBN: 253808]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-456
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| TINA L. ALAMIA,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | No. SACV 22-00222 AFM<br><br>[PROPOSED] ORDER AWARDING EAJA FEES |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of SEVEN HUNDRED NINETY-ONE DOLLARS AND 21/100 ($791.21), and costs in the amount of ZERO ($0.00), subject to the terms of the stipulation.

    DATE: 8/5/2022

    */s/ Alex MacKinnon*
    _____
    HON. ALEXANDER F. MACKINNON,
    UNITED STATES MAGISTRATE JUDGE